IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30703
Summary Calendar
_____


PHILLIP WASCOM,

                                        Plaintiff-Appellee,

versus

KENYON JACKSON, Sergeant;
JOHN LOLLIS, Sergeant,

                                        Defendants-Appellants.


- - - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 93-CV-895 A M2
- - - - - - - - - - -
January 8, 1996
Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Kenyon Jackson and John Lollis appeal the district court's order denying their summary-judgment motion which asserted Eleventh Amendment immunity from Phillip Wascom's state-law claim of negligence.  According liberal construction to Wascom's complaint and subsequent filings, we conclude that Wascom has not raised a state-law claim supplemental to his civil rights claims.  Therefore, the district court did not err in denying summary judgment on this claim.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

The denial of summary judgment is AFFIRMED.  This case is REMANDED to the district court for further proceedings.